IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Nakia Pitre, *on behalf of herself and others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>Capital One Bank (USA), N.A.,<br><br>    Defendant. | ) )<br>)<br>) Civil Action No. 1:15-cv-00869-GBL-TCB<br>)<br>)<br>)<br>)<br>) Jury Trial Demanded<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of Plaintiff's claims with prejudice, and the claims of the putative class members without prejudice, with each party to bear its own fees and costs.

                                                        Respectfully submitted,

Dated:  October 19, 2015          */s/R. Scott Caulkins*
                                                        R. Scott Caulkins, Esq., VA Bar No. 23584
                                                        Patricia E. Bruce, Esq., VA Bar No. 48007
                                                        CAULKINS & BRUCE, PC
                                                        2300 Wilson Blvd., Suite 240
                                                        Arlington, Virginia 22201
                                                        Tel: 703-558-3664 (Direct)
                                                        Fax: 703-525-1331
                                                        scaulkins@caulkinsbruce.com

                                                        *Pro hac vice:*

                                                        Aaron D. Radbil, Esq., TX Bar No. 24094090
                                                        Greenwald Davidson Radbil PLLC
                                                        106 East Sixth Street, Suite 913
                                                        Austin, Texas 78701
                                                        Tel: (512) 322-3912
                                                        Fax: (561) 961-5684
                                                        aradbil@gdrlawfirm.com

                                                        *Counsel for Plaintiff and the proposed class*

/s/Amy Miller
Amy Miller (VSB No. 70698)
Elizabeth H. Goodall (VSB No. 85763)
McGuireWoods LLP
2001 K Street, NW
Suite 400
Washington, DC 20006
Tel: (202) 857-1732
Fax: (202) 828-2963
amiller@mcguirewoods.com
egoodall@mcguirewoods.com

*Pro Hac Vice*:

Aaron D. Van Oort
Eileen M. Hunter
Erin L. Hoffman
Larry E. LaTarte
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-8043
Fax: (612) 766-1600
aaron.vanoort@FaegreBD.com
eileen.hunter@FaegreBD.com
erin.hoffman@FaegreBD.com
larry.latarte@FaegreBD.com

*Counsel for Capital One*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October 2015, a copy of the foregoing document was electronically filed with the Clerk through the ECF system, which will send a notification of such filing (NEF) to the following:

Amy Miller
Elizabeth H. Goodall
MCGUIREWOODS LLP
2001 K Street, NW
Suite 400
Washington, DC 20006
Tel: (202) 857-1729
Fax: (202) 828-2990
amiller@mcguirewoods.com
egoodall@mcguirewoods.com
*Counsel for Defendant*

> */s/ R. Scott Caulkins*
> R. Scott Caulkins